**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DANIEL ZAMPIRRI, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PLATINUM PARI-MUTUEL HOLDINGS, INC., PAUL BAIONI, JOHN MILLER, and JOHN WHITTAKER,<br><br>Defendants. | Case No.: 2:17-cv-01465-MCA-LDW<br><br>CLASS ACTION<br><br>**[~~PROPOSED~~] ORDER TO DISMISS WITHOUT PREJUDICE** |

On motion by Lead Plaintiffs Rock Hall, Jason Fessler, and Daniel Johnson, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Court's Order dated December 21, 2017, Dkt. No. 20, is hereby vacated;
2. All allegations in the above action are hereby dismissed without prejudice as against all defendants pursuant to Fed. R. Civ. P. 41(a)(2); and
3. No party shall be entitled to costs or attorney fees because of this dismissal.

Dated: 7/13/18

HON. MADELINE COX ARLEO
UNITED STATES DISTRICT JUDGE